Anthony T. LEE, et al.,
Plaintiffs–Appellees,

United States of America, Plaintiff–Intervenor and Amicus Curiae–Appellee,

National Education Association, Inc.,
Plaintiff–Intervenor–Appellee,

Brandie McKee, a minor, by Thomas McKee, her father and next friend; Ishbah Cox, et al., Plaintiffs–Intervenors–Appellees,

v.

MACON COUNTY BOARD OF EDUCATION, et al., Defendants–Appellants.

No. 91–7640.

United States Court of Appeals,
Eleventh Circuit.

June 18, 1993.

Deborah H. Biggers, Tuskegee, AL, for appellant.

George L. Beck, Jr., Dennis R. Pierson, Montgomery, AL, for Brandie McKee, Thomas McKee, Ishbah Cox, Ruben Cox, Anderson, Redding and Save Our School Committee.

Before TJOFLAT, Chief Judge, FAY, KRAVITCH, HATCHETT, ANDERSON, EDMONDSON, COX, BIRCH, DUBINA, BLACK, and CARNES, Circuit Judges, and CLARK *, Senior Circuit Judge.

PER CURIAM:

The facts and procedural history of this case are set out in the panel decision at *Lee v. Macon County Board of Education,* 970 F.2d 767 (1992), *reh'g granted,* 987 F.2d 1521

---

* Senior U.S. Circuit Judge Thomas A. Clark elected to participate in this decision, pursuant to 28 U.S.C. § 46(c).

(11th Cir.1993). This court, sitting *en banc,* affirms the judgment of the district court by an equally divided vote.

IT IS SO ORDERED.